UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CASANOVA,

                       Plaintiff(s),

          - against -

MALDONADO, et al.,

                       Defendant(s).

-------------------------------------------------------------X

**ORDER**

17 Civ. 1466 (NSR)

Román, D.J.:

      The Court directs Defendants' counsel to contact Magistrate Judge Judith C. McCarthy within seven (7) business days of the date of this Order to schedule a telephonic conference to discuss the continuation of discovery.

      Defendants' counsel is further directed to mail a copy of this Order to pro se Plaintiff at Plaintiff's last known address on ECF and file proof of service.

SO ORDERED.

Dated:    White Plains, New York
             March 24, 2020

_____
Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/2020