UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN JOSE CASANOVA,

               Plaintiff,

-against-

MALDONADO, et al.,

               Defendants.

**ORDER**

17-CV-01466 (PMH)

PHILIP M. HALPERN, United States District Judge:

    This matter is scheduled for a telephonic status conference on November 4, 2020 at 11:00 a.m. At the time of the scheduled conference, parties shall call: (888) 398-2342; access code 3456831.

    Defense Counsel is directed to deliver a copy of this Order to Plaintiff.

Dated:  New York, New York
         September 29, 2020

_____
PHILIP M. HALPERN
United States District Judge